**CLOSED, DISMISSED**

# U.S. Bankruptcy Court
## Eastern District of Virginia (Alexandria)
### Bankruptcy Petition #: 14-13351-RGM

| | |
|---|---|
| *Assigned to:* Robert G. Mayer | *Date filed:* 09/10/2014 |
| Chapter 13 | *Date terminated:* 02/27/2015 |
| Voluntary | *Debtor dismissed:* 02/02/2015 |
| Asset | *Plan confirmed:* 01/13/2015 |
| | *341 meeting:* 10/14/2014 |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor** | represented by **Nathan A. Fisher** |
| **Mahmoud Sharafati** | 3977 Chain Bridge Road, #2 |
| 9848 Burke Pond Lane | Fairfax, VA 22030 |
| Burke, VA 22015 | (703) 691-1642 |
| FAIRFAX-VA | Fax : (703) 691-0192 |
| SSN / ITIN: xxx-xx-4546 | Email: Fbarsad@cs.com |

*Trustee*
**Thomas P. Gorman**
300 N. Washington St. Ste. 400
Alexandria, VA 22314
(703) 836-2226

| Filing Date | # | Docket Text |
|---|---|---|
| 09/10/2014 | 1 (9 pgs) | Voluntary Petition under Chapter 13 Filed by Nathan A. Fisher on behalf of Mahmoud Sharafati. (Fisher, Nathan) |
| 09/10/2014 | 2 (1 pg) | Certificate of Credit Counseling filed by Nathan A. Fisher on behalf of Mahmoud Sharafati. (Fisher, Nathan) |
| 09/10/2014 | 3 | U.S. Treasury receipt of Voluntary Petition under Chapter 13(14-13351) [misc,1188] ( 310.00) filing fee. Receipt number 20286230, amount $ 310.00. (Re: Doc#1) (U.S. Treasury) |
| 09/11/2014 | 4 | Meeting of Creditors: 10/14/2014, 12:30 PM, Office of the U.S. Trustee, 115 South Union Street, Suite 206, Alexandria, Virginia. Proofs of Claim due by 01/12/2015. Government Proofs of Claim due by |

| | | |
|---|---|---|
| | | 03/09/2015. Confirmation hearing: 11/12/2014, 09:30 AM, Judge Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA. Interim Trustee: Thomas P. Gorman, . |
| 09/11/2014 | 5 | LBR 1007-1 Schedule(s) and/or Statement and 3015-2 Chapter 13 Plan and Related Motions Deficiency; Plan Due 9/24/2014. Incomplete Filings due by 9/24/2014. (Chandler, Kimberly) |
| 09/13/2014 | 6 (3 pgs) | Notice of Meeting of Creditors (Re: related document(s) 4 Auto Assign Meeting of Creditors Chapter 13) (Admin.) (Entered: 09/14/2014) |
| 09/13/2014 | 7 (2 pgs) | Notice of Electronic Filing Procedure (Admin.) (Entered: 09/14/2014) |
| 09/13/2014 | 8 (2 pgs) | Notice of LBR 1007-1 and LBR 3015-2 Deficiency (Re: related document(s) 5 LBR 1007-1, and/or 1007-3, and/or 3015 Case Filing/Plan Deficiency) (Admin.) (Entered: 09/14/2014) |
| 09/13/2014 | 9 (2 pgs) | Notice of Requirement to Complete Course in Personal Financial Management and to File Certification. (Admin.) (Entered: 09/14/2014) |
| 09/17/2014 | 10 (1 pg) | Notice of Appearance filed by Johnie Rush Muncy of Samuel I. White, P.C. on behalf of Wells Fargo Bank, N.A.. (Muncy, Johnie) |
| 09/24/2014 | 11 (2 pgs) | Motion to Extend Time to File Lists, Schedules and/or Statements filed by Nathan A. Fisher on behalf of Mahmoud Sharafati. (Fisher, Nathan) |
| 09/25/2014 | 12 (1 pg) | Order Granting Motion to Extend Time to File Lists Schedules and/or Statements LBR 1007-1 (Related Doc # 11) Incomplete Filings due by 10/7/2014. (Chandler, Kimberly) |
| 09/27/2014 | 13 (2 pgs) | BNC certificate of mailing of order (Re: related document(s)12 Order on Motion to Extend Time to File Lists Schedules and/or Statements LBR 1007-1) (Admin.) (Entered: 09/28/2014) |
| 10/06/2014 | 14 (11 pgs) | Chapter 13 Plan and Related Motions filed by Nathan A. Fisher on behalf of Mahmoud Sharafati. (Fisher, Nathan) |

| | | |
|---|---|---|
| 10/06/2014 | 15 (35 pgs) | Schedule(s) and/or Statement(s), Lists filed by Nathan A. Fisher on behalf of Mahmoud Sharafati. (Fisher, Nathan) |
| 10/21/2014 | 16 (3 pgs) | Trustee's Objection to Confirmation of Chapter 13 Plan, Notice of Objection to Confirmation of Plan and Notice of Scheduled Hearing on this Objection*Violation of 11 U.S.C. 1325(a)(3), 1325(a)(6) and 1325(b)(1)(B)* (Re: related document(s)14 Chapter 13 Plan and Related Motions filed by Mahmoud Sharafati) Hearing scheduled for 11/12/2014 at 09:30 AM at Judge Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA. Filed by Thomas P. Gorman (Gorman) |
| 11/03/2014 | 17 (1 pg) | Trustee's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management filed by Thomas P. Gorman. (Gorman) |
| 11/04/2014 | 18 (3 pgs) | Notice of Appearance *(ALG 541873)* filed by Aaron Jordan of Atlantic Law Group, LLC on behalf of US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust. (Jordan, Aaron) |
| 11/12/2014 | 19 | Hearing held; objection sustained; confirmation denied. (related document(s): 16 Objection to Confirmation of Chapter 13 Plan, Notice of Objection to Confirmation of Plan and Notice of Scheduled Hearing on this Objection) Appearances : Nathan A. Fisher, Thomas P. Gorman (williamsr) (Entered: 11/13/2014) |
| 11/18/2014 | 20 (1 pg) | Order Denying Confirmation and Directing Clerk to Dismiss Case If Conditions of Local Bankruptcy Rule 3015-2 Are Not Met. (Re: related document(s) 14 Chapter 13 Plan and Related Motions filed by Mahmoud Sharafati) Document Pursuant to LBR 3015-2 Due 12/9/2014. (Behen, Cristina) |
| 11/20/2014 | 21 (2 pgs) | BNC certificate of mailing of order (Re: related document(s)20 Order Denying Confirmation of Plan) (Admin.) (Entered: 11/21/2014) |
| 12/08/2014 | 22 (11 pgs) | Amended/Modified Chapter 13 Plan and Related Motions (Re: related document(s)14 Chapter 13 Plan and Related Motions filed by Mahmoud Sharafati) |

Eastern District of Virginia - LIVE      Page 4 of 6
Case 15-13242-BFK    Doc 28-5    Filed 12/10/15    Entered 12/10/15 17:10:56    Desc
Exhibit D    Page 4 of 6

| | | |
|---|---|---|
| | | filed by Nathan A. Fisher on behalf of Mahmoud Sharafati. Confirmation Hearing to be held on 1/14/2015 at 09:30 AM at Judge Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA. Objections to Plan due by 1/7/2015. (Fisher, Nathan) |
| 01/12/2015 | [23](#) (11 pgs) | Amended/Modified Chapter 13 Plan and Related Motions (Re: related document(s)[22](#) Amended/Modified Chapter 13 Plan and Related Motions filed by Mahmoud Sharafati) filed by Nathan A. Fisher on behalf of Mahmoud Sharafati. Confirmation Hearing to be held on 3/11/2015 at 09:30 AM at Judge Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA. Objections to Plan due by 3/4/2015. (Fisher, Nathan) |
| 01/13/2015 | [24](#) (40 pgs; 7 docs) | Motion for Relief from Stay Re: 5397 Abernathy Court, Fairfax, VA 22032 *(ALG 541873)* filed by Hugh Justin Green of Atlantic Law Group, LLC on behalf of US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust. Hearing scheduled for 2/4/2015 at 09:30 AM at Judge Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA. (Attachments: # [1](#) Notice of Motion # [2](#) Proposed Order # [3](#) Note # [4](#) Deed of Trust # [5](#) Assignment # [6](#) Assignment) (Green, Hugh) |
| 01/13/2015 | [25](#) (4 pgs) | Order Confirming Modified Plan (Re: related document(s)[22](#) Amended/Modified Chapter 13 Plan and Related Motions filed by Mahmoud Sharafati) (Behen, Cristina) |
| 01/13/2015 | [26](#) (3 pgs) | Order for Wage Assignment with Craftmark Homes for Mahmoud Sharafati. (Behen, Cristina) |
| 01/14/2015 | 27 | U.S. Treasury receipt of Motion for Relief from Stay (14-13351-RGM) [motion,185] ( 176.00) filing fee. Receipt number 21067515, amount $ 176.00. (Re: Doc#[24](#)) (U.S. Treasury) |
| 01/15/2015 | [28](#) (2 pgs) | Trustee's Response to *Motion for Relief from Stay* (Re: related document(s)[24](#) Motion for Relief from Stay filed by US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust) filed by Thomas P. Gorman. (Gorman) |

| Date | Doc | Description |
|---|---|---|
| 01/15/2015 | 29 (5 pgs) | BNC certificate of mailing of order (Re: related document(s)25 Order Confirming Chapter 13 Plan) (Admin.) (Entered: 01/16/2015) |
| 01/15/2015 | 30 (4 pgs) | BNC certificate of mailing of order (Re: related document(s)26 Order for Wage Assignment) (Admin.) (Entered: 01/16/2015) |
| 01/28/2015 | 31 (3 pgs; 2 docs) | Motion to Dismiss Case filed by Nathan A. Fisher on behalf of Mahmoud Sharafati. (Attachments: # 1 Service List) (Fisher, Nathan) |
| 01/30/2015 | 32 (2 pgs) | Withdrawal *of Motion for Relief from Stay* (Re: related document(s)24 Motion for Relief from Stay filed by US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust) filed by Kathryn E. Smits of Atlantic Law Group on behalf of US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust. (Smits, Kathryn) |
| 02/02/2015 | 33 (1 pg) | Order of Dismissal (Related Doc # 31) Case DISMISSED (Behen, Cristina) |
| 02/04/2015 | 34 | Hearing Cancelled:Removed-Withdrawn (related document(s): 24 Motion for Relief from Stay) (chandlerkj) |
| 02/04/2015 | 35 (3 pgs) | Notice of Dismissal (Re: related document(s)33 Order on Motion to Dismiss Case) (Admin.) (Entered: 02/05/2015) |
| 02/04/2015 | 36 (3 pgs) | BNC certificate of mailing of order (Re: related document(s)33 Order on Motion to Dismiss Case) (Admin.) (Entered: 02/05/2015) |
| 02/27/2015 | 37 | Case Closed. The Chapter 13 case having been dismissed, the case is hereby closed and all pending adversary proceedings and motions are subject to the effects of dismissal pursuant to 11 U.S.C. Section 349. The Trustee in this case is hereby discharged. (Behen, Cristina) |
| 03/19/2015 | 38 (3 pgs) | Chapter 13 Trustee Final Report and Account. (Gorman) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/09/2015 15:25:48 | | | |
| **PACER Login:** | ag3129:3508845:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 14-13351-RGM Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |