**FinMgt, CLOSED, DISMISSED**

# U.S. Bankruptcy Court
## Eastern District of Virginia (Alexandria)
### Bankruptcy Petition #: 14-11749-BFK

|  |  |
|---|---|
| *Assigned to:* Brian F. Kenney | *Date filed:* 05/08/2014 |
| Chapter 13 | *Date terminated:* 07/01/2014 |
| Voluntary | *Debtor dismissed:* 06/12/2014 |
| Asset | *341 meeting:* 06/17/2014 |

*Debtor disposition:* Dismissed for Failure to File Information

| *Debtor* | represented by **Gary B. Fuller** |
|---|---|
| **Mahmoud R Sharafati** | Tate, Bywater & Fuller, PLC |
| 9848 Burke Pond Lane | 2740 Chain Bridge Rd. |
| Burke, VA 22015 | Vienna, VA 22181 |
| FAIRFAX-VA | (703)938-5100 |
| SSN / ITIN: xxx-xx-4546 | Fax : (703) 255-1097 |
| *aka* **Mahmoud Reza Sharafati** | Email: gfuller@tatebywater.com |

*Trustee*
**Thomas P. Gorman**
300 N. Washington St. Ste. 400
Alexandria, VA 22314
(703) 836-2226

| Filing Date | # | Docket Text |
|---|---|---|
| 05/08/2014 | 1 (7 pgs) | Voluntary Petition under Chapter 13 Filed by Gary B. Fuller of Tate, Bywater & Fuller, PLC on behalf of Mahmoud R Sharafati. (Fuller, Gary) |
| 05/08/2014 | 2 | U.S. Treasury receipt of Voluntary Petition under Chapter 13 (14-11749) [misc,1188] ( 281.00) filing fee. Receipt number 19500752, amount $ 281.00. (Re: Doc#1) (U.S. Treasury) |
| 05/08/2014 | 3 (1 pg) | Certificate of Credit Counseling filed by Gary B. Fuller of Tate, Bywater & Fuller, PLC on behalf of Mahmoud R Sharafati. (Fuller, Gary) |
| 05/09/2014 | 4 | Meeting of Creditors: 06/17/2014, 12:30 PM, Office of the U.S. Trustee, 115 South Union Street, Suite 206, Alexandria, Virginia. Proofs of Claim due by 09/15/2014. Government |

| | | |
|---|---|---|
| | | Proofs of Claim due by 11/04/2014. Confirmation hearing: 07/24/2014, 01:30 PM, Judge Kenney's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. Interim Trustee: Thomas P. Gorman, . |
| 05/09/2014 | 5 | LBR 1007-1 Schedule(s) and/or Statement and 3015-2 Chapter 13 Plan and Related Motions Deficiency; Plan Due 5/22/2014. Incomplete Filings due by 5/22/2014. (Behen, Cristina) |
| 05/11/2014 | 6 (3 pgs) | Notice of Meeting of Creditors (Re: related document(s) 4 Auto Assign Meeting of Creditors Chapter 13) (Admin.) (Entered: 05/12/2014) |
| 05/11/2014 | 7 (2 pgs) | Notice of Electronic Filing Procedure (Admin.) (Entered: 05/12/2014) |
| 05/11/2014 | 8 (2 pgs) | Notice of LBR 1007-1 and LBR 3015-2 Deficiency (Re: related document(s) 5 LBR 1007-1, and/or 1007-3, and/or 3015 Case Filing/Plan Deficiency) (Admin.) (Entered: 05/12/2014) |
| 05/11/2014 | 9 (2 pgs) | Notice of Requirement to Complete Course in Personal Financial Management and to File Certification. (Admin.) (Entered: 05/12/2014) |
| 05/12/2014 | 10 (3 pgs) | Motion to Extend Time to File Lists, Schedules and/or Statements *and Chapter 13 Plan* filed by Gary B. Fuller of Tate, Bywater & Fuller, PLC on behalf of Mahmoud R Sharafati. (Fuller, Gary) |
| 05/13/2014 | 11 (1 pg) | Order Extending Time to File Chapter 13 Plan, Lists, Schedules, and Statements and Requiring Debtor to Give Notice (Related Doc # 10) Plan due by 6/10/2014. Incomplete Filings due by 6/10/2014. (Behen, Cristina) |
| 05/14/2014 | 12 (1 pg) | Notice of Appearance filed by Brandon R. Jordan of Samuel I. White, P.C. on behalf of Wells Fargo Bank, N.A.. (Jordan, Brandon) |
| 05/15/2014 | 13 (2 pgs) | BNC certificate of mailing of order (Re: related document(s) 11 Order on Motion to Extend Time to File Lists Schedules and/or Statements LBR 1007-1) (Admin.) (Entered: 05/16/2014) |
| 05/27/2014 | 14 (4 pgs) | Notice of Appearance *(ALG 541873)* filed by Aaron Jordan of Atlantic Law Group, LLC on behalf of US Bank National |

|  |  |  |
|---|---|---|
|  |  | Association as Legal Title Trustee for Truman 2013 SC3 Title Trust. (Jordan, Aaron) |
| 06/12/2014 | 15 (1 pg) | Order of Dismissal for Failure to Timely File Lists, Schedules, and Statements and for Failure to File and Distribute Chapter 13 Plan (Re: related document(s)11 Order on Motion to Extend Time to File Lists Schedules and/or Statements LBR 1007-1) (Behen, Cristina) |
| 06/14/2014 | 16 (2 pgs) | Notice of Dismissal (Re: related document(s)15 Local Bankruptcy Rule Order Dismissing Case) (Admin.) (Entered: 06/15/2014) |
| 06/14/2014 | 17 (2 pgs) | BNC certificate of mailing of order (Re: related document(s) 15 Local Bankruptcy Rule Order Dismissing Case) (Admin.) (Entered: 06/15/2014) |
| 07/01/2014 | 18 | Case Closed. The Chapter 13 case having been dismissed, the case is hereby closed and all pending adversary proceedings and motions are subject to the effects of dismissal pursuant to 11 U.S.C. Section 349. The Trustee in this case is hereby discharged. (Behen, Cristina) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/09/2015 15:23:11 | | | |
| **PACER Login:** | ag3129:3508845:0 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 14-11749-BFK Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |