UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

MAHMOUD SHARAFATI            Case No. 15-13242-BFK
                                                (Chapter 7)
    Debtor,

US BANK NATIONAL ASSOCIATION AS
LEGAL TITLE TRUSTEE FOR TRUMAN     Ref. Dkt. #28
2013 SC3 TITLE TRUST,

    Movant,

vs.

MAHMOUD SHARAFATI and
JANET M. MEIBURGER, Trustee.

    Respondents,

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND FOR PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the motion of US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust ("Movant") to modify the automatic stay; it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is terminated allowing the movant and its successors and assigns to exercise its rights under applicable law against the Debtor's Property described as:

Lot 9, THE RESERVE AT MARTINS POINTE, as the same is duly dedicated, platted and recorded in Deed Book 14743 at Page 296, among the land records of Fairfax County, Virginia.

Kathryn E. Smits, Bar #77337
ksmits@atlanticlawgrp.com
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

which has the address of 5397 Abernathy Court, Fairfax, Virginia 22032 ("Property") and grant prospective relief from the automatic stay such that any future bankruptcy filings within two (2) years of the entry of this Order by either the Debtor or any party to whom they may transfer the Property will not hinder movant's ability to exercise its rights under the Deed of Trust and will not require movant to seek relief from the automatic stay in such case, and for such other and further relief as this court deems just and proper.

DONE at Alexandria, Virginia, this ____ day of _____, 2016.

Jan 20 2016

/s/ Robert G. Mayer
_____
Brian F. Kenney
U.S. Bankruptcy Court Judge

I ASK FOR THIS:

Entered on Docket:Jan 27 2016

__/s/ Kathryn Smits_____
Kathryn Smits, Bar #77337
ksmits@atlanticlawgrp.com
Atlantic Law Group, LLC
P.O. Box 2548
Leesburg, Virginia 20177
(703) 777-7101

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Automatic Stay and for Prospective Relief from the Automatic Stay is substantially in compliance with Administrative Order 10-2 and the proposed Order has been served upon all necessary parties including Mahmoud Sharafati, 9848 Burke Pond Lane, Burke, VA 22015; Nathan A. Fisher, 3977 Chain Bridge Road, #2, Fairfax, VA 22030; and Janet M. Meiburger, The Meiburger Law Firm, P.C., 1493 Chain Bridge Road, Suite 201, McLean, VA 22101-5726 on the 19 of January, 2016.

__/s/ Kathryn Smits_____
Kathryn Smits, Esquire

The Clerk shall mail a copy of the entered Order to the following:

Kathryn Smits, Esquire
Attorney for Movant
Atlantic Law Group, LLC
PO Box 2548
Leesburg, Virginia 20177

Mahmoud Sharafati
9848 Burke Pond Lane
Burke, VA 22015
Debtor

Nathan A. Fisher, Esquire
3977 Chain Bridge Road, #2
Fairfax, VA 22030
Attorney for the Debtor

Janet M. Meiburger, Trustee
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726